Slip Op. 19-75

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| STEIN INDUSTRIES INC., D/B/A CARLSON AIRFLO MERCHANDISING SYSTEMS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Before: Mark A. Barnett, Judge<br>Court No. 18-00150 |

## **JUDGMENT**

    This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now, in conformity with that opinion it is hereby

    **ORDERED** that the Final Scope Ruling on the Antidumping and Countervailing Duty Orders on Light-Walled Rectangular Pipe and Tube from the People's Republic of China issued in response to Carlson AirFlo Merchandising Systems' Scope Ruling Request (ECF No. 12-4), as amended by the Final Results of Remand Redetermination (ECF No. 30), is **SUSTAINED**, and it is further

    **ORDERED** that the entries enjoined in this action, *see* Order for Statutory Inj. Upon Consent (July 24, 2018), ECF No. 14, must be liquidated in accordance with the

final court decision, including all appeals, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2012).

/s/    Mark A. Barnett
Mark A. Barnett, Judge

Dated:  June 18, 2019
        New York, New York